STATE OF NEW JERSEY v. HOLGUER MIGUEL GARAY.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID PARTYKA.

June 8, 1983.

Petition for certification denied.

CITY OF ATLANTIC CITY v. COUNTY OF ATLANTIC.

June 8, 1983.

Petition for certification denied.

VIRGINIA CONSELYEA v. FRANK FABIAN.

June 8, 1983.

Petition for certification denied.